# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SCHEELS ALL SPORTS, INC.,** | |
| Plaintiff, | 8:16CV167 |
| vs. | |
| **VEXILAR, INC.,** | ORDER OF DISMISSAL |
| Defendants. | |

This matter is before the Court on the Parties' Stipulation of Dismissal with Prejudice, ECF No. 25. The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation of Dismissal with Prejudice, ECF No. 25, is approved;

2. The above-captioned action is dismissed with prejudice; and

3. The Court will not assess costs or attorney's fees.

Dated this 16th day of November, 2016

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge